```
1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12TH St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 1-510-637-3500

5  Counsel for Defendant BROWN
```

FILED

DEC 20 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 4-06-70686-WDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION OF PARTIES |
| CRAIG LAMONT BROWN | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. Brown to reside with his wife and children at 3312 Bellflower Dr., Antioch, CA 94531. His wife Tina Brown is to act as his legal custodian. He shall be placed under a form of electronic monitoring deemed suitable to the Pretrial Services Agency, and he shall be permitted to leave the home as directed by his Pretrial Services Officer. Sworn assent of the sureties will be filed separately in declaration form.

//

Cc: WDB's Stats, Copies to parties via ECF, Pretrial, Financial

Counsel has conferred with Victoria Gibson, United States Pretrial Services Officer, and she has no opposition to this request, given the approval of the prosecution..

DATED: 12/18/06                    /S/

                                     GARTH HIRE
                                     Assistant United States Attorney

DATED: 12/19/06
                                     /S/

                                     JOHN PAUL REICHMUTH
                                     Assistant Federal Public Defender
                                     counsel for Craig Brown

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12TH St. – Suite 650
Oakland, CA 94607-3627
Tel. 1-510-637-3500

Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CRAIG LAMONT BROWN <br> Defendant. | No. CR 4-06-70686-WDB <br><br> [PROPOSED] ORDER |

Based upon the stipulation of the parties to this action, and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Brown to reside with his wife and children at 3312 Bellflower Dr., Antioch, CA 94531. His wife Tina Brown is to act as his legal custodian. He shall be placed under a form of electronic monitoring deemed suitable to the Pretrial Services Agency, and he shall be permitted to leave the home as directed by his Pretrial Services Officer. All other previously existing Release Conditions shall remain in effect.

Dated: 12-19-06

Hon. Wayne D. Brazil
United States Magistrate Judge